Commonwealth *v.* Kirk, Appellant.

Commonwealth *v.* Skok, Appellant.

Argued November 27, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*O. K. Eaton,* with him *J. Dress Pannell,* for appellants.

*Samuel Handler,* with him *Carl B. Shelley,* District Attorney, and *Earl V. Compton,* for appellee.

OPINION BY MR. CHIEF JUSTICE SCHAFFER, January 6, 1941:

A majority of the Court are of opinion that the judgments of the Superior Court should be affirmed on the opinion of President Judge KELLER; a minority think the judgments should be reversed on the ground that the record does not show any illegal or criminal act to constitute the alleged conspiracy.

The judgments are, therefore, affirmed on the opinion of the learned President Judge of the Superior Court.